**Judith A. INCARNATO, Plaintiff–Appellant,**

v.

**TOPS MARKETS, LLC, Defendant–Appellee.**

No. 06–2447–cv.

United States Court of Appeals, Second Circuit.

June 4, 2007.

**54**

Judith A. Incarnato, pro se, Victor, NY, for Plaintiff–Appellant.

Mark A. Moldenhauer, Bond, Schoeneck & King, Buffalo, NY, for Defendant–Appellee.

Present: Hon. ROBERT A. KATZMANN, Hon. PETER W. HALL, Circuit Judges, Hon. DAVID G. TRAGER, District Judge.*

## SUMMARY ORDER

Plaintiff-appellant Judith A. Incarnato, *pro se*, appeals from the judgment of the United States District Court for the Western District of New York (Telesca, *J.*) granting defendant–appellee's motion for summary judgment and dismissing appellant's complaint. The parties' familiarity with the facts is assumed. For substantially the reasons stated in the District Court's Memorandum Decision and Order dated May 12, 2006, 2006 WL 1330103, the judgment of the district court is **AFFIRMED**.